1  BENJAMIN B. WAGNER
   United States Attorney
2  WALLACE J. LEE
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5
   Attorneys for the
6   United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CASE NO.  1:11-mj-00087-SKO
                                 )
12              Plaintiff,       )   STIPULATION TO CONTINUE MOTION
                                 )   SCHEDULE; ORDER THEREON
13  v.                           )
                                 )   DATE:      March 22, 2012
14  CARTER A. SILAPACHAI,        )   TIME:      10:00 a.m.
                                 )   Hon. Dennis L. Beck
15              Defendant.       )
                                 )
16  _____ )

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their

19  respective counsel, Special Assistant United States Attorney Wallace

20  J. Lee, Counsel for Plaintiff, and Curtis B. Sok, Counsel for

21  Defendant Carter A. Silapachai, that a new motion schedule be set,

22  but that the hearing on motions now set for March 22, 2012, at 10:00

23  A.M. before The Honorable Dennis L. Beck shall remain as presently

24  scheduled.  The requested new motions schedule is as follows:

25      **Event:**           **Present Date:**        **Requested New Date:**

26      Motions Due          December 16, 2011        February 9, 2012
        Replies Due          January 20, 2012         March 1, 2012
27      Responses Due        February 10, 2012        March 8, 2012

28
         This motion schedule is requested to allow the parties

additional time to attempt to investigate, confer and potentially resolve the matter. It may be possible to resolve the matter without the necessity of motions. This revised schedule has been discussed and agreed to by the parties. The requested motion schedule will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: December 28, 2011     By    /s/ Wallace J. Lee
                                   WALLACE J. LEE
                                   Special Assistant U.S. Attorney



DATED: December 28, 2011           /s/ Curtis B. Sok
                                   CURTIS B. SOK
                                   Attorney for Defendant
                                   (as authorized on
                                    December 28, 2011)
```

## O R D E R

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated:  December 29, 2011            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE